# EXHIBIT A

## AFFIDAVIT FOR JUDGMENT BY CONFESSION FOR MONEY DUE

Kaila Mwale, being duly sworn, deposes on oath and hereby stipulates to and confesses judgment as follows.

1. Kaila Mwale, a resident of New York, hereby confesses that she is justly indebted to Mathew Shaw in the sum of $850,000.00.

2. Kaila Mwale authorizes Mathew Shaw or his heirs, executors, administrators, or assigns to seek and obtain judgment against her in a court of competent jurisdiction for this sum.

3. This confession of judgment is for a debt justly due and owing from Kaila Mwale to Mathew Shaw for repayment of a Promissory Note in the amount of $850,000, dated April 4, 2022, on monies loaned by Mathew Shaw to Kaila Mwale.

4. This confession of judgment is one of three stipulated judgments executed contemporaneously by Kaile Mwale as to moneys owed to Mathew Shaw. The validity or invalidity of the other two stipulated judgments stand independent of this confession of judgment.

Executed this 27th day of April, 2023.

_____ 4/28/23
Kaila Mwale

State of _____ )
                            )
County of _____ )

This affidavit was acknowledged before me on this _____ day of _____, 2023.

_____
Notary Public

My commission expires: _____

See attached
Jurat/Acknowledgment
JL 04/28/23

# CALIFORNIA ACKNOWLEDGMENT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State Of: **California**
County Of: Contra Costa

On April 28th, 2023 before me, J. Labra, Notary Public, personally appeared, Kaila Mwale who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) (is)/are subscribed to the within instrument and acknowledged to me that (she)/he/they executed the same in (her)/his/their authorized capacity(ies), and that by (her)/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: J. Labra

[Seal: J. LABRA, COMM. # 2388438, NOTARY PUBLIC • CALIFORNIA, SANTA CLARA COUNTY, MY COMMISSION EXPIRES DECEMBER 27, 2025]

Title of Document: Affidavit for Judgment by Confession for money due.
Total Number of Pages including Attachment: 3
Notary Commission Expiration Date: December 27, 2025
Notary Commission Number: #2388438