# EXHIBIT B

# Aaron Clark

| | |
|---|---|
| **From:** | Matthew Weiss <mjweiss@weissandassociatespc.com> |
| **Sent:** | Monday, November 20, 2023 2:43 PM |
| **To:** | Aaron Clark |
| **Subject:** | Re: Final Payment [IWOV-IDOCS.FID5076176] |



**This message needs your attention**
- This is their first email to your company.

Powered by Mimecast

Yes, we agree.

On Mon, Nov 20, 2023 at 4:32 PM Aaron Clark <AClark@atllp.com> wrote:

> Matthew –
>
> I'm just trying to confirm something my clients brought to my attention: in the hopefully unlikely event that your client defaults on the final payment and we have to file suit and file the confession of judgment, does your client agree that she will not contest our adding the $20,000 in interest to the claim based on the agreement reflected in these emails to delay the final payment to January 24, 2024?
>
> Thanks,
>
> Aaron
>
>
> **Aaron B. Clark | Partner**
>
> Armstrong Teasdale LLP
> New York | London | Dublin | Boston | Philadelphia | **Salt Lake City** | Denver | Las Vegas | Kansas City | St. Louis | Delaware | Miami
> Office:  801.401.1603
>
> Cell:  619.518.6014
>
> aclark@atllp.com
> www.armstrongteasdale.com



1

**From:** Matthew Weiss <mjweiss@weissandassociatespc.com>
**Sent:** Thursday, November 16, 2023 3:54 PM
**To:** Aaron Clark <AClark@Atllp.com>
**Subject:** Re: Final Payment [IWOV-IDOCS.FID5076176]

I believe these emails are sufficient.

Thank you for you and your client's flexibility.

Matthew J. Weiss, Esq.
Weiss & Associates, PC
Two Park Avenue
Suite 2058 (20th Floor)
New York, N.Y.  10016
212-683-7373

On Thu, Nov 16, 2023 at 5:31 PM Aaron Clark <AClark@atllp.com> wrote:

> Thanks, Matthew. They will accept those terms. Do you want to draft something, or do you think these email exchanges will suffice?
>
> Aaron
>
> **Aaron B. Clark | Partner**
>
> Armstrong Teasdale LLP
> New York | London | Dublin | Boston | Philadelphia | **Salt Lake City** | Denver | Las Vegas | Kansas City | St. Louis | Delaware | Miami
> Office:  801.401.1603
>
> Cell:  619.518.6014
>
> aclark@atllp.com
> www.armstrongteasdale.com

2



**From:** Matthew Weiss <mjweiss@weissandassociatespc.com>
**Sent:** Thursday, November 16, 2023 2:07 PM
**To:** Aaron Clark <AClark@Atllp.com>
**Subject:** Re: Final Payment [IWOV-IDOCS.FID5076176]

**CAUTION:** **EXTERNAL EMAIL**

Aaron,

We cannot make any upfront payments but my client has authorized us to offer $20,000 in additional interest to be payable with the balance on or before January 24, 2024.

We hope that this is acceptable to your client.

Matthew J. Weiss, Esq.
Weiss & Associates, PC
Two Park Avenue
Suite 2058 (20th Floor)
New York, N.Y.  10016
212-683-7373

********** PRIVATE AND CONFIDENTIAL**********

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its**

subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is **38-43 Lincoln's Inn Fields, London WC2A 3PE**. Please review our **International Legal Notices**.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (**admin@atllp.com**) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our **Global Privacy Policy** to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is **38-43 Lincoln's Inn Fields, London WC2A 3PE**. Please review our **International Legal Notices**.