# EXHIBIT B

| | |
|---|---|
| From: | Matthew Weiss |
| To: | Clark, Aaron |
| Subject: | Re: Filed Copy of Complaint |
| Date: | Friday, July 19, 2024 3:14:43 PM |

**[WARNING: EXTERNAL SENDER]**

Aaron,

Email and attachment received.

I am not authorized to accept service.

I will, however, discuss with my client and let you know if that changes.

Matthew J. Weiss, Esq.
Weiss & Associates, PC
Two Park Avenue
Suite 2058 (20th Floor)
New York, N.Y. 10016
212-683-7373


On Fri, Jul 19, 2024 at 4:33 PM Clark, Aaron <aaron.clark@dentons.com> wrote:

> Matthew –
>
> Here's a copy of the filed complaint. Will you accept service for Kaila? For Julius?
>
> Thanks,
>
> Aaron
>
> **Aaron Clark**
> Shareholder
>
> O +1 801 415 3000
>
> aaron.clark@dentons.com | Bio | Website
>
> Dentons Durham Jones Pinegar P.C. | 111 South Main Street, Suite 2400, Salt Lake City, UT 84111
>
> Logo

Our Legacy Firms | Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.