# EXHIBIT C

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| DENTONS DURHAM JONES PINEGAR<br>111 South Main Street, Suite 2400<br>SALT LAKE CITY, UT 84101<br><br>Telephone No: 801-415-3000<br>Ref. No or File No.:<br>Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court for the District of Utah |
| Plaintiff: MATHEW SHAW and BROOKE SHAW |
| Defendant: JULIUS MWALE and KAILA MWALE |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00122 |
|---|---|---|---|---|

1. I, Len Warren, and any employee or independent contractors retained by ABOINGO SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JULIUS MWALE as follows:

2. Documents: Summons in a Civil Action; Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 07/27/24 | 2:32pm | Home | This is a secured property, gated. I rang the intercom with no response. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Mon | 07/29/24 | 7:32pm | Home | I rang the intercom with no response. I can't see the home from the gate, nobody around. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Thu | 08/01/24 | 8:37am | Home | I rang the intercom with no response. Nobody seen. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Sat | 08/03/24 | 11:13am | Home | I rang the intercom with no response. I waited around for several minutes to see if someone would come or go but nobody seen. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Thu | 08/08/24 | 4:03pm | Home | I rang the intercom with no response. Nobody seen. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |

Page Number 1
Date: Fri, Aug. 09, 2024

41530abc.246643

**AFFIDAVIT OF REASONABLE DILIGENCE**

| | | | | |
|---|---|---|---|---|
| **Attorney or Party without Attorney:**<br>DENTONS DURHAM JONES PINEGAR<br>111 South Main Street, Suite 2400<br>SALT LAKE CITY, UT 84101 | | | | **For Court Use Only** |
| *Telephone No:* 801-415-3000<br>*Attorney for:* Plaintiff | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the District of Utah | | | | |
| *Plaintiff:* MATHEW SHAW and BROOKE SHAW<br>*Defendant:* JULIUS MWALE and KAILA MWALE | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:24-cv-00122 |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 08/08/24 | 4:03pm | Home | Returned Not Served on: JULIUS MWALE Home - 10 Serenity Lane Alamo, CA 94507 |

3. *Person Executing*
   a. Len Warren
   **b. ABOINGO SERVICES**
   1684 DECOTO ROAD #309
   Union City, CA 94587
   c. (510) 783-6161, FAX (510) 783-6165

   **d. The Fee** *for service was:* $75.00
   **e. I am:** (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 1035
       (iii) County: Alameda
       (iv) Expiration Date: Fri, Oct. 31, 2025

4. *I declare under penalty of perjury under the laws of the State of Utah and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Aug. 09, 2024

Page Number 2

(Len Warren)

41530abc.246643

**AFFIDAVIT OF REASONABLE DILIGENCE**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| MATHEW SHAW and BROOKE SHAW <br> *Plaintiff(s)* <br><br> v. <br><br> JULIUS MWALE and KAILA MWALE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:24-cv-00122 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JULIUS MWALE
10 SERENITY LANE
ALAMO, CALIFORNIA 94507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron B. Clark
Trinity Jordan
Dentons Durham Jones Pinegar, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84101
aaron.clark@dentons.com / trinity.jordan@dentons.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 07/25/2024

*Signature of Clerk or Deputy Clerk*



| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney:<br>DENTONS DURHAM JONES PINEGAR<br>111 South Main Street, Suite 2400<br>SALT LAKE CITY, UT 84101 | | | | For Court Use Only |
| Telephone No: 801-415-3000 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the District of Utah | | | | |
| Plaintiff: MATHEW SHAW and BROOKE SHAW | | | | |
| Defendant: JULIUS MWALE and KAILA MWALE | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00122 |

1. I,, and any employee or independent contractors retained by ABOINGO SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KAILA MWALE as follows:

2. *Documents:* Summons in a Civil Action; Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 07/27/24 | 2:32pm | Home | This is a secured property, gated. I rang the intercom with no response. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Mon | 07/29/24 | 7:32pm | Home | I rang the intercom with no response. I can't see the home from the gate, nobody around. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Thu | 08/01/24 | 8:37am | Home | I rang the intercom with no response. Nobody seen. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Sat | 08/03/24 | 11:13am | Home | I rang the intercom with no response. I waited around for several minutes to see if someone would come or go but nobody seen. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |
| Thu | 08/08/24 | 4:03pm | Home | I rang the intercom with no response. Nobody seen. Attempt made by: Len Warren, Registration #1035 Alameda County. Attempt at: 10 Serenity Lane Alamo, CA 94507. |

Page Number 1
Date: Fri, Aug. 09, 2024

**AFFIDAVIT OF REASONABLE DILIGENCE**

41530abc.246644

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| DENTONS DURHAM JONES PINEGAR<br>111 South Main Street, Suite 2400<br>SALT LAKE CITY, UT 84101 | | | | |
| Telephone No: 801-415-3000 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the District of Utah | | | | |
| Plaintiff: MATHEW SHAW and BROOKE SHAW | | | | |
| Defendant: JULIUS MWALE and KAILA MWALE | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00122 |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| | | | | |

3. Person Executing
   a. Len Warren
   b. **ABOINGO SERVICES**
      1684 DECOTO ROAD #309
      Union City, CA 94587
   c. (510) 783-6161, FAX (510) 783-6165

   d. *The Fee* for service was: $43.10
   e. *I am:*   (3)  registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   1035
      (iii) County:   Alameda
      (iv)  Expiration Date:   Fri, Oct. 31, 2025

4. *I declare under penalty of perjury under the laws of the State of Utah and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Aug. 09, 2024

Page Number 2

_____
(Len Warren)

41530abc.246644

**AFFIDAVIT OF REASONABLE DILIGENCE**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| MATHEW SHAW and BROOKE SHAW <br> *Plaintiff(s)* <br> v. <br> JULIUS MWALE and KAILA MWALE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00122 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KAILA MWALE
10 SERENITY LANE
ALAMO, CALIFORNIA 94507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron B. Clark
Trinity Jordan
Dentons Durham Jones Pinegar, P.C.
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84101
aaron.clark@dentons.com / trinity.jordan@dentons.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*



Date: 07/25/2024

*Signature of Clerk or Deputy Clerk*