# EXHIBIT D

# Mwale Medical & Technology City



## Julius Mwale

Principal

121 Hospital Rd.
Butere, Kenya 50101

+1 (347) 640-1440
Julius@mmtc.life
www.mmtc.life