Aaron B. Clark (15404)
Trinity Jordan (15875)
**DENTONS DURHAM JONES PINEGAR**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84101
Telephone: (801) 415-3000
Email: aaron.clark@dentons.com
trinity.jordan@dentons.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MATHEW SHAW and BROOKE SHAW,<br><br>Plaintiffs,<br><br>v.<br><br>JULIUS MWALE and KAILA MWALE,<br><br>Defendants. | **ORDER GRANTING *EX PARTE* MOTION FOR ALTERNATIVE SERVICE**<br><br>Case No. 1:24-cv-00122<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Daphne A. Oberg |

Having considered Plaintiff Mathew Shaw and Brooke Shaw's (collectively "**Plaintiffs**") *Ex Parte* Motion for Alternative Service and for good cause appearing, the Motion is hereby GRANTED.

The Court finds:

1. Plaintiffs have made reasonably diligent efforts to serve Defendants Julius Mwale and Kaila Mwale (collectively "**Defendants**") via traditional means at Defendants' personal residence.

2. There exists good cause to believe Defendants have avoided service and are already aware of this action.

IT IS HEREBY ORDERED that Plaintiffs shall serve the Defendants by mailing copies of the Summons and Complaint and a copy of this Order to the Defendants by sending the same documents:

1. To their home address via prepaid U.S. First-Class Mail, and

2. Via email to Julius Mwale at Julius@mmtc.life, the email address on his business card, and Kaila Mwale at mjweiss@weissandassociatespc.com, the email address of her attorney Matthew Weiss.

Given the Defendants' evasive tactics, service shall be deemed complete after the Summons and Complaint and a copy of this Order are sent via the two methods outlined herein, which shall be accomplished on the same date, which date will be the date of service for purposes of calculating the appropriate response date.

IT IS FURTHER ORDERED that the Defendants are required to pay for Plaintiffs' expenses in attempting to serve the Defendants, including their attorneys' fees.

**SO ORDERED** this \_\_\_\_\_ day of August, 2024.

BY THE COURT:

_____
DAPHNE A. OBERG
United States Magistrate Judge