# EXHIBIT 1

Jenifer L. Tomchak (10127) (jen.tomchak@tomchaklaw.com)
Nicole A. Skolout (10223) (nicole.skolout@tomchaklaw.com)
TOMCHAK SKOLOUT
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 831-4820

*Attorneys for Defendants Julius Mwale and Kaila Mwale*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MATHEW SHAW and BROOKE SHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>JULIUS MWALE and KAILA MWALE,<br><br>Defendants. | DECLARATION OF JULIUS MWALE<br><br>Case No. 1:24-cv-00122-AMA-DAO<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

I, Julius Mwale, state and declare as follows:

1. I am a citizen of Kenya and primarily reside in New York when I am in the United States.

2. I am married to Kaila Mwale ("Kaila").

3. Kaila and I also have a residence in Alamo, California.

4. I do not own any property in Utah.

5. I do not have any business interests in Utah and I do not conduct any business in Utah.

1

6.  I have only been to Utah one time. Kaila and I visited Utah with our children from February 17–24, 2022.

7.  We traveled to Utah in February 2022 to take a ski trip with our children and to visit a friend, Gordon Bowen ("Gordon").

8.  While we were in Utah, Gordon invited our family to have dinner at his home in Holladay, Utah on February 18, 2022.

9.  We were introduced to and met Mathew Shaw and Brooke Shaw (the "Shaws"), as well their children, for the first time at this dinner. Because we had just met the Shaws for the first time, we told them generally about our lives and work and they told us about theirs. After dinner, Mathew Shaw and his daughter, Savanna, performed songs for everyone.

10. At the end of the evening, the Shaws invited our family to join them the next afternoon to see how they record their music videos.

11. After skiing on February 19, 2022, Kaila and I took our children to watch the music video production, which took place at a church.

12. Afterward, we went to get pizza with the Shaws and their children at a nearby restaurant. Some of the video production crew also joined us.

13. Mathew Shaw then invited our family to have lunch with him and his son, Easton, before we left Utah. We accepted this invitation and had lunch with them on February 23, 2022.

14. We left Utah on February 24, 2022.

15. When we met and visited with the Shaws for the first time in Utah in February 2022, Kaila and I casually and generally talked about some of the projects we were working on in Africa when we were talking about our lives and work, but these were not detailed or formal

discussions and I certainly never discussed with the Shaws the possibility of them becoming involved in or investing in any of those projects.

16. On March 10, 2022, Mathew Shaw sent me a text message asking if he and his family could visit us at our home in California from March 16–21, 2022. I told him that they could and the Shaws and their children visited us at our home in Alamo, California during those dates.

17. On April 1, 2022, Mathew Shaw sent Kaila a text message asking if he and his family could visit us again at our home in California from May 20–24, 2022. She told him that they could and the Shaws and their children visited us again at our home in Alamo, California during those dates and ultimately ended up staying until May 25 because one of their children became ill.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of November, 2024.

_____
Julius Mwale