# EXHIBIT 5

## U.S. District Court — Judicial Caseload Profile

| NEW YORK SOUTHERN | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 15,085 | 13,152 | 13,869 | 13,298 | 13,113 | 12,557 | | |
| | | Terminations | 14,485 | 13,463 | 12,981 | 13,848 | 14,179 | 13,509 | | |
| | | Pending | 18,709 | 18,354 | 19,216 | 18,672 | 17,541 | 16,535 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -16.8 | -4.5 | -9.5 | -5.6 | -4.2 | | 70 | 6 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 66.2 | 54.6 | 15.7 | 51.2 | 21.0 | 4.9 | | |
| **Actions per Judgeship** | **Filings** | Total | 539 | 470 | 495 | 475 | 468 | 448 | 49 | 5 |
| | | Civil | 462 | 404 | 434 | 410 | 408 | 392 | 32 | 4 |
| | | Criminal Felony | 47 | 43 | 39 | 35 | 33 | 29 | 90 | 6 |
| | | Supervised Release Hearings | 29 | 23 | 22 | 30 | 28 | 27 | 57 | 4 |
| | Pending Cases [2] | | 668 | 656 | 686 | 667 | 626 | 591 | 25 | 3 |
| | Weighted Filings [2] | | 587 | 535 | 575 | 558 | 534 | 504 | 30 | 3 |
| | Terminations | | 517 | 481 | 464 | 495 | 506 | 482 | 40 | 5 |
| | Trials Completed | | 16 | 10 | 15 | 17 | 17 | 20 | 27 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.1 | 15.2 | 18.0 | 19.6 | 19.2 | 16.8 | 69 | 4 |
| | | Civil [2] | 6.5 | 6.4 | 6.0 | 5.7 | 6.0 | 6.3 | 17 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 30.4 | 31.3 | 29.8 | 44.4 | 47.0 | 42.4 | 43 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 2,927 20.9 | 2,790 20.6 | 2,932 20.7 | 3,617 26.3 | 3,461 26.7 | 3,223 26.6 | 82 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.9 | 1.6 | 1.6 | 1.7 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 74.8 | 104.6 | 58.8 | 68.6 | 83.3 | 74.2 | | |
| | | Percent Not Selected or Challenged | 52.8 | 66.7 | 48.5 | 48.3 | 57.4 | 52.5 | | |

### 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 10,973 | 323 | 479 | 888 | 12 | 254 | 870 | 1,221 | 985 | 1,026 | 3,313 | 85 | 1,517 |
| Criminal [1] | 821 | 3 | 202 | 22 | 175 | 203 | 70 | 23 | 2 | 27 | 14 | 10 | 70 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**UTAH**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,253 | 2,242 | 2,414 | 2,121 | 2,221 | 2,265 | | |
| | | Terminations | 2,305 | 2,002 | 2,157 | 2,242 | 2,351 | 2,194 | | |
| | | Pending | 2,331 | 2,550 | 2,779 | 2,632 | 2,489 | 2,554 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 0.5 | 1.0 | -6.2 | 6.8 | 2.0 | | 48 | 5 |
| | | Number of Judgeships | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | | Vacant Judgeship Months [2] | 15.6 | 5.1 | 0.0 | 2.9 | 12.0 | 9.3 | | |
| **Actions per Judgeship** | **Filings** | Total | 451 | 448 | 483 | 424 | 444 | 453 | 46 | 4 |
| | | Civil | 235 | 262 | 236 | 210 | 213 | 251 | 65 | 3 |
| | | Criminal Felony | 157 | 145 | 194 | 154 | 163 | 141 | 15 | 4 |
| | | Supervised Release Hearings | 59 | 41 | 53 | 60 | 68 | 61 | 19 | 2 |
| | Pending Cases [2] | | 466 | 510 | 556 | 526 | 498 | 511 | 37 | 2 |
| | Weighted Filings [2] | | 457 | 427 | 513 | 433 | 431 | 483 | 33 | 3 |
| | Terminations | | 461 | 400 | 431 | 448 | 470 | 439 | 52 | 4 |
| | Trials Completed | | 11 | 8 | 6 | 8 | 11 | 11 | 63 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.8 | 6.9 | 8.8 | 10.6 | 11.5 | 11.8 | 33 | 4 |
| | | Civil [2] | 10.0 | 9.8 | 12.6 | 12.2 | 11.3 | 9.3 | 67 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | 70.0 | 54.4 | 31.1 | 23 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 213 14.1 | 243 13.8 | 225 13.3 | 233 15.0 | 232 16.0 | 208 13.8 | 60 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 41.9 | 67.0 | 45.7 | 46.0 | 52.6 | 54.7 | | |
| | | Percent Not Selected or Challenged | 19.8 | 33.2 | 16.8 | 32.2 | 29.4 | 32.9 | | |

### 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,254 | 141 | 9 | 98 | 7 | 11 | 133 | 214 | 93 | 89 | 316 | 1 | 142 |
| Criminal [1] | 707 | 2 | 268 | 93 | 136 | 55 | 46 | 43 | 2 | 14 | 4 | 7 | 37 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."