UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW SHAW; and BROOKE SHAW,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JULIUS MWALE; and KAILA MWALE,<br><br>　　　　Defendants. | **ORDER OF RECUSAL**<br><br>Case No. 1:24-cv-00122<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

I recuse myself from this case and ask that the case be reassigned.

DATED this 8th day of November, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge