Jenifer L. Tomchak (10127) (jen.tomchak@tomchaklaw.com)
Nicole A. Skolout (10223) (nicole.skolout@tomchaklaw.com)
TOMCHAK SKOLOUT
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 831-4820

*Attorneys for Defendants Julius Mwale and Kaila Mwale*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MATHEW SHAW and BROOKE SHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>JULIUS MWALE and KAILA MWALE,<br><br>Defendants. | NOTICE OF APPEARANCE<br><br>Case No. 1:24-cv-00122-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Jenifer L. Tomchak of the law firm of Tomchak Skolout hereby enters this appearance in the above-captioned action as counsel for Defendants Julius Mwale and Kaila Mwale and requests inclusion on all certificates of service pertaining to documents filed on or after this date.

DATED: November 19, 2024.

/s/ *Jenifer L. Tomchak*
TOMCHAK SKOLOUT
Jenifer L. Tomchak
Nicole A. Skolout

*Attorneys for Defendants Julius Mwale and Kaila Mwale*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2024, I filed the foregoing **NOTICE OF APPEARANCE** via the Court's ECF/CM filing system, which electronically served all counsel of record.

/s/ *Jenifer L. Tomchak*